# UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  GEORGIA
### SAVANNAH  DIVISION

PALMER ROUNDTREE III,     )
    Petitioner,          )
v.                         )      Case No.  CV413-174
                         )
WARDEN DONALD BARROW,    )
    Respondent.        )

## O R D E R

Let a copy of this Report and Recommendation be served upon petitioner and counsel for respondent.   Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than December 17, 2013.   The Clerk shall submit this Report and Recommendation together with any objections to the Honorable B. Avant Edenfield, United States District Judge, on December 18, 2013.   Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order.  Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this   3rd   day of December, 2013.

_/s/ G.R. Smith_

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**